EXHIBIT 2

| US8677420 | TriCaster 2 Elite ("The Accused Product") |
|---|---|
| 1. A method for selecting a media feed from a plurality of media feeds comprising the steps of: | The accused product discloses a method for selecting a media feed (e.g., media feed from one particular source) from a plurality of media feeds (e.g., media feeds from multiple sources such as camera, smartphone etc.)<br><br><br><br>https://www.newtek.com/tricaster/2-elite/ |

EXHIBIT 2



https://www.newtek.com/tricaster/2-elite/

EXHIBIT 2



## Recording Source

Select the sound that accompanies each video recording, with independent audio configuration for each recording channel.

https://www.newtek.com/lps/features/



## Multiviewers

Monitor the multiple video signals from external inputs, internal sources, and outputs simultaneously with viewports built into the user interface display, and optionally extend monitoring to additional dedicated multiviewer displays.

https://www.newtek.com/lps/features/



## Source Switching

Optionally select and switch between live sources by clicking or tapping on the viewport of the desired source in the multiviewer, rather than pressing switcher buttons.

https://www.newtek.com/lps/features/

EXHIBIT 2



NewTek TriCaster Elite 2 Demo (NewTek.TV)

https://www.youtube.com/watch?v=4hFAdkB_CHc

EXHIBIT 2

### 2.4.12 MEDIA EXPORT

*Export* support makes it easy to distribute content to multiple targets in one pass. This module stores credentials for social media and upload sites, and provides a queue for uploading and file conversion.

Clips and stills from live sessions can easily be added to the *Export* queue without interrupting production, for distribution to multiple hosting services and social media sites (including Twitter®, Facebook®, YouTube®, and more) all with a single click – even when live production recording is still underway.

This is great for concerts, galas, sport events, game shows and more. The *Export* feature directly addresses FTP sites and network locations too; transfer media to multiple locations at the same time to meet post-production needs or other collaborative and archival requirements.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2



| receiving a first media feed which is video that is transmitted wirelessly from an event venue; | The accused product discloses receiving a first media feed which is video (e.g., video feed from one of the source such as camera or smartphone etc.) that is transmitted wirelessly (e.g., transmission using Wi-Fi) from an event venue (e.g., baseball fields, football stadiums, wedding halls etc.). |
|---|---|

EXHIBIT 2



https://www.newtek.com/tricaster/2-elite/

EXHIBIT 2



## Recording Source

Select the sound that accompanies each video recording, with independent audio configuration for each recording channel.

https://www.newtek.com/lps/features/



## Multiviewers

Monitor the multiple video signals from external inputs, internal sources, and outputs simultaneously with viewports built into the user interface display, and optionally extend monitoring to additional dedicated multiviewer displays.

https://www.newtek.com/lps/features/



## Source Switching

Optionally select and switch between live sources by clicking or tapping on the viewport of the desired source in the multiviewer, rather than pressing switcher buttons.

https://www.newtek.com/lps/features/

EXHIBIT 2



NewTek TriCaster Elite 2 Demo (NewTek.TV)

https://www.youtube.com/watch?v=4hFAdkB_CHc

EXHIBIT 2

LOW BANDWIDTH



FIGURE 70

For NDI sources, a *Low Bandwidth* option is shown.  This allows you to force the sending device to a lower quality video stream that may nevertheless be quite useable if the source is not intended to be displayed full screen.  This option may be preferable in network settings with limited capacity (such as WiFi).

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

### 2.4.12 MEDIA EXPORT

*Export* support makes it easy to distribute content to multiple targets in one pass.  This module stores credentials for social media and upload sites, and provides a queue for uploading and file conversion.

Clips and stills from live sessions can easily be added to the *Export* queue without interrupting production, for distribution to multiple hosting services and social media sites (including Twitter®, Facebook®, YouTube®, and more) all with a single click – even when live production recording is still underway.

This is great for concerts, galas, sport events, game shows and more.  The *Export* feature directly addresses FTP sites and network locations too; transfer media to multiple locations at the same time to meet post-production needs or other collaborative and archival requirements.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2



**AUTO COLOR**

Lighting conditions can change dramatically during many live events, especially those held outdoors. Adding to this problem, production usually involves multiple cameras and, all too often, these may not have uniform color characteristics. Ensuring consistent color when switching from one angle to another, avoiding unwelcome brightness or color shifts as evening falls or when a cloud obscures the sun briefly can be troublesome, and expensive.

*Auto Color*, a unique feature capable of dynamically adapting the color characteristics of your video sources as lighting conditions vary, can minimize these problems.  For many productions, simply enabling *Auto Color* is all it takes to produce a show that looks amazingly consistent.

Page | 73

**MULTICAM**

By default, each camera with *Auto Color* enabled is processed uniquely – without reference to other sources. Often, though, even greater consistency can be achieved by treating sources in similar illumination environments as a group.  Enable *Multicam* for several cameras causes *Auto Color* to evaluate and adjust these cameras in unison.  You might, for example, enable *Multicam* for court-side cameras in an interior sports venue, while treating exterior or studio feeds individually.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

| selecting a second media feed which is audio from the event venue in response to the activation of a | The accused product discloses selecting a second media feed which is audio (e.g., audio feed from one of the source such as camera or smartphone etc.) from the event venue (e.g., baseball fields, football stadiums, wedding halls etc.) in response to the activation of a switch (e.g., touch sensitive button), wherein the first media feed (e.g., video feed from one of the source such as camera or smartphone etc.) corresponds to a first Internet Protocol (IP) address (e.g., IP address of the device relaying video feed) and port number (e.g., port related to video feed) and the second media feed (e.g., audio feed |

EXHIBIT 2

| | |
|---|---|
| switch, wherein the first media feed corresponds to a first Internet Protocol (IP) address and port number and the second media feed corresponds to a second IP address and a different port number; | from one of the source such as camera or smartphone etc.) corresponds to a second IP address (e.g., IP address of the device from which audio feed is selected) and a different port number (e.g., port related to audio feed).<br><br>As shown below, the accused product receives audio feeds from multiple sources (from Camera 1, Camera 2 and Camera 3), when "Mute off" button is selected of that particular source (Camera 1 and Camera 2). |

EXHIBIT 2

### 16.7.1 MUTE

*Mute* switches for inputs and outputs appear as speaker icons located just above in the main *Mixer* panel. A single switch controls multiple channels, as appropriate for that source.

Enabling *Mute* removes the sound from that source from all downstream audio mixes and outputs.

*Hint: Muted sources still show signal activity on the VU meters, but levels are drawn in gray rather than full color. This is also true for sources with Follow set that are not currently audible on output.*

Page | 156

One important exception to *Mute* operation involves recording. The IsoCorder™ feature lets you capture any MIX a/v output - i.e., the primary output or outputs, or directly from hardware audio and video inputs with matching numbers.  That is, the audio recorded with the video is taken from the audio input having the same number as the video input.  In this latter case, the captured audio is routed directly to the recording module *prior* to most adjustments in the *Audio Mixer* – including *Mute*.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2

---

**AUDITIONING AN AUDIO SOURCE**

It can be very useful to be able to preview one or more audio sources, doing so *without* allowing the test sound to be audible on *Program* output. Typically, this need arises in connection with testing microphones or other audio sources that will be used in the production.

To audition an audio source in this manner:

1. First *Mute* the source, removing it from primary outputs.

2. Then enable *Solo* to hear it on the *Headphones* output.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

### SECTION 23.12 TIPS AND TRICKS

- *Multi-angle capture* – TriCaster's IsoCorder™ technology supports multi-source capture. Although TimeWarp initially adds and controls the *first* recording channel to the designated DDR, the clip context menu in the DDR playlist allows you to selectively display concurrent angles.

- *Audio Control* – Remember that you can reduce (or *Mute*) the audio for replays individually using the local playlist pane audio controls in a *DDR*, or with the *DDR* level controls provided in TriCaster's *Audio* tab(s).

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2

**AUDIO MIXER**

- "Set input 2 Volume to -5"; "volume input 2 5dB"; "input 2 9dB"; " Set volume for input 2 to -20"
- "volume master 5dB"; "Set Saster Volume to 5"; "set volume to 5"
- "mute"; "mute on" – mute master output
- "unmute"; "mute off" – unmute master output
- "mute out 2"; "mute out 2"; "mute aux 2"; "mute aux 2 on"; "aux 2 mute on" – mute named output
- "aux 2 mute on"; (etc.)
- "mute input 3"; "mute input 3 on" – mute the named input
- "mute input 3 off"
- "solo input 6"; "solo input 6 on" – solo the named input
- "solo input 6 off"
- "unsolo input 6"; "solo input 6 off" – disable solo for the named input
- "follow input 6"; "follow input 6 on" – solo the named input
- "follow input 6 off"
- "input 4 eq"; "input 4 eq on"; "input 4 enable equalizer"
- "input 4 eq off"; "input 4 disable equalizer"; (etc.)
- "input 5 compressor on"; "input 5 enable compressor"
- "input 5 compressor off"; " input 5 disable compressor"; (etc.)
- "AudioMemName"; "select AudioMemName"; "recall AudioMemName"; "mixer  AudioMemName"; "audio AudioMemName"; audio select AudioMemName"; "audio recall AudioMemName"
- "audio select MEM 3"; "audio select 3"; "audio recall 3"; "audio recall mem 3"; "mixer select 3"; "mixer select mem 3"; "mixer recall 3"; "mixer recall mem 3"

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2

| |
|---|
| **2.4.12 MEDIA EXPORT** |
| *Export* support makes it easy to distribute content to multiple targets in one pass.  This module stores credentials for social media and upload sites, and provides a queue for uploading and file conversion. |
| Clips and stills from live sessions can easily be added to the *Export* queue without interrupting production, for distribution to multiple hosting services and social media sites (including Twitter®, Facebook®, YouTube®, and more) all with a single click – even when live production recording is still underway. |
| This is great for concerts, galas, sport events, game shows and more.  The *Export* feature directly addresses FTP sites and network locations too; transfer media to multiple locations at the same time to meet post-production needs or other collaborative and archival requirements. |
| https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf |

EXHIBIT 2



**AUTO COLOR**

FIGURE 77

Lighting conditions can change dramatically during many live events, especially those held outdoors. Adding to this problem, production usually involves multiple cameras and, all too often, these may not have uniform color characteristics. Ensuring consistent color when switching from one angle to another, avoiding unwelcome brightness or color shifts as evening falls or when a cloud obscures the sun briefly can be troublesome, and expensive.

*Auto Color*, a unique feature capable of dynamically adapting the color characteristics of your video sources as lighting conditions vary, can minimize these problems.  For many productions, simply enabling *Auto Color* is all it takes to produce a show that looks amazingly consistent.

**MULTICAM**

By default, each camera with *Auto Color* enabled is processed uniquely – without reference to other sources. Often, though, even greater consistency can be achieved by treating sources in similar illumination environments as a group.  Enable *Multicam* for several cameras causes *Auto Color* to evaluate and adjust these cameras in unison.  You might, for example, enable *Multicam* for court-side cameras in an interior sports venue, while treating exterior or studio feeds individually.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2

A port number is always associated with an IP address of a host and the protocol type of the communication. It completes the destination or origination network address of a message. Specific port numbers are commonly reserved to identify specific services, so that an arriving packet can be easily forwarded to a running application. For this purpose, the lowest numbered 1024 port numbers identify the historically most commonly used services, and are called the well-known port numbers. Higher-numbered ports are available for general use by applications and are known as ephemeral ports.

When used as a service enumeration, ports provide a multiplexing service for multiple services or multiple communication sessions at one network address. In the client–server model of application architecture multiple simultaneous communication sessions may be initiated for the same service.

https://www.coursehero.com/file/60764942/Port-computer-networkingpdf/

EXHIBIT 2

## 2.4.6 MONITORING



FIGURE 3

- The *Live Desktop* includes a large *monitoring pane* with multiple and easily customized *Workspaces*. By default, this area includes *Program* output and *Look Ahead Preview* monitors with associated controls, along with the most commonly used Switcher inputs; but many alternatives are available.
- TriCaster 2 Elite provides three more multiviewer outputs to drive local displays, with configurable workspace layouts and viewports to permit directors and operators to customize the control environment to their preferences.
- Beyond centralizing, organizing, and observing your choice of video signals with tally, you can calibrate monitor color characteristics and display visuals such as audio VU meters, production clocks, and waveform and vectorscope, for comprehensive management of your live operations.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2



https://www.newtek.com/tricaster/2-elite/

EXHIBIT 2



## Recording Source

Select the sound that accompanies each video recording, with independent audio configuration for each recording channel.

https://www.newtek.com/lps/features/



## Multiviewers

Monitor the multiple video signals from external inputs, internal sources, and outputs simultaneously with viewports built into the user interface display, and optionally extend monitoring to additional dedicated multiviewer displays.

https://www.newtek.com/lps/features/



## Source Switching

Optionally select and switch between live sources by clicking or tapping on the viewport of the desired source in the multiviewer, rather than pressing switcher buttons.

https://www.newtek.com/lps/features/

EXHIBIT 2



NewTek TriCaster Elite 2 Demo (NewTek.TV)
https://www.youtube.com/watch?v=4hFAdkB_CHc

| | |
|---|---|
| selecting a third media feed, wherein the third media feed | The accused product discloses selecting a third media feed (e.g., graphic overlays), wherein the third media feed (e.g., graphic overlays) is an information feed (e.g., information such as scorecard, advertisements, names etc.). |

EXHIBIT 2

| | |
|---|---|
| is an information feed; |  |

EXHIBIT 2

## A.5 LIVEGRAPHICS

LiveGraphics® represents a revolutionary approach to title and CG page creation, combining the power of the most complete production systems on the planet and the world's leading creative platform—Adobe® Creative Cloud®. Of all the Elite Features benefits, LiveGraphics is the one of those most likely to dramatically elevate your productions in ways that grab the attention of your viewers.



FIGURE 304

https://www.youtube.com/watch?v=4hFAdkB_CHc

EXHIBIT 2

<table>
<tr>
<td></td>
<td>LiveGraphics comprises several key elements:  It includes an extensive set of professionally prepared animated title templates and the interface to control and update these in your NewTek live production system, but this is just the beginning.

Imagine designing animated titles, motion graphics, and looping effects using popular Adobe® Creative Cloud® tools—then importing them directly into your NewTek live production system, which will then allow you to both animate and update them dynamically.

With the LiveGraphics Creator™ plugin to simplify authoring in After Effects® CC for users of all experience levels, enhanced real-time system functionality allowing powerful customization, playback, and even automation options, LiveGraphics lets you produce and present spectacular live graphics faster and easier than ever before.



FIGURE 305

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf</td>
</tr>
<tr>
<td>mapping in response to a user command said selected second media feed and said selected third media feed with said first media feed to at least one of a soft key and part of a touch sensitive</td>
<td>The accused product discloses mapping (e.g., combining audio and graphic overlay with video feed) in response to a user command (e.g., touch command) said selected second media feed (e.g., audio feed from one of the source such as camera or smartphone etc.) and said selected third media feed (e.g., graphic overlays) with said first media feed (e.g., video feed from one of the source such as camera or smartphone etc.) to at least one of a soft key (e.g., play button) and part of a touch sensitive display (e.g., display of an android or iOS device) enabling a user to select a combined media feed (e.g., live feed with video, audio and graphic overlay) after said mapping operation (e.g., combining audio and graphic overlay with video feed).

The accused product combines or maps the audio feed from various sources and graphic overlays such as scorecards with the video feed from the source other than audio feed source. After combining the different feeds such as audio, video etc., using the "play" button combined media can be selected to render for the live broadcasting.</td>
</tr>
</table>

EXHIBIT 2

| display enabling a user to select a combined media feed after said mapping operation; and | **VIDEO LAYERS AND TRANSITIONS**<br><br>The *Transition* section of the *Live Desktop* provides powerful tools for arranging and displaying the numerous video and graphic layers contributing to your ultimate program output.<br><br><br><br>**FIGURE 6**<br><br>• Freely *hot-punch* or *transition* between external sources, internal *Media Players* and *M/E effects*.<br>• Latch selected *Switcher* and *M/E* source rows in color groups to synchronize switching operations.<br>• Multiple *DSK* (Downstream Key) *Switcher* channels and independent *KEY* channels for each *M/E*, permit endless creative possibilities.<br>• *DSK* and *KEY* sources are always represented in small full motion 'confidence monitors.'<br>• Use any of the hundreds of transitions supplied to reveal either *Background* or *DSK/Key* channels with animated wipes, trajectories and dissolves, or select colorful and dynamic *Animation Store* transitions with overlays, sound and *TransWarp™* effects.<br>• Create an unlimited number of custom transition effects with embedded sounds, dynamic cloth effects, and full color overlays using the integrated *Animation Store Creator* application.<br>• Create eye-popping animated graphics using your favorite software (e.g., Adobe After Effects®), and convert them to animated *Buffer* effects that you can display without tying up a *Media Player*.<br><br>https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf |

EXHIBIT 2

## 2.4.17 INTEGRATED MEDIA PLAYERS

*Media Players* and title system serve up graphics, titles, video clips and audio files quickly and easily during your live productions.



FIGURE 10

- Add a/v clips, sound or still images to *Media Player* playlists.
- Trim and re-order playlist entries.
- Add colorful transitions between clips.
- Flexible playback controls include variable *Speed* and *Loop* options.
- Each *Media Player* has its own volume and other advanced audio controls in the *Audio Mixer*.
- Convenient 'per clip' audio level and playback *Speed* control.
- *Autoplay* feature starts and stops playback automatically based on *Switcher* activity.
- Control *Media Players* with *macros* triggered by other events.
- Assign titles, graphics, clips or buffers to multiple *DSK* or *M/E Key* channels.
- Edit titles live, even while 'on air'.
- Transition a clip to the *Main Switcher* or an *M/E* with a custom effect, play it, and then restore the target's original source with a single click using the *Show On* feature.
- Store playlists and player configurations in *MEM slots* for easy recall.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2

### 11.1.1 PLAYLISTS

The dominant feature of all *Media Players* is a storyboard-style playlist, used to organize content for use during live productions.



FIGURE 133

This arrangement offers easily visible thumbnail icons for each entry. A scrollbar at right accommodates long playlists when necessary. Icons in the playlist can be re-ordered quickly and easily using the familiar drag and drop workflow. The playlist can even be altered during playback (of course, if the currently playing item is removed, playback stops immediately).

An *Alias* (by default, the item's filename) is displayed below the icon, along with the item's duration.

*Hint: The duration shown is the play time after trimming, and thus may be less than the file length on disk. In such cases, the In and Out markers on the Scrub Bar (spanning the width of the playlist immediately below it) show the effect of trimming operations, while the full width of the Scrub Bar depicts the total length of the file on disk.*

Clicking an item selects it. The play position is automatically set to the *In Point* on selection. Standard *Shift + click* and *Ctrl + click* multi-selection operations are supported, and all selected items are denoted by a white border around their icon.

When a *Media Player* is stopped, its output to video monitors tracks selection and trimming operations. The current item is the *Media Player's* output, and in consequence appears on monitors dedicated to the player, if any. Of course, only one item can be displayed on output at a time; the frame surrounding the thumbnail icon for the currently displayed item is illuminated. Double-clicking a thumbnail (or clicking the *Play* button) begins playback from the *In Point* of the current file.

*Hint: Double-clicking elsewhere in the playlist pane opens the Media Browser (hold down shift when clicking to open a system file explorer instead of the custom Media Browser).*

**Automatic Clip Trimming**

Clips (but, for reasons that will become apparent, not still images or titles) in a playlist are automatically trimmed to accommodate the addition of transitions between clips when necessary.

(Otherwise, i.e., if there are no 'unused' frames to display during a transition, motion will appear 'frozen' during the transition, which is usually undesirable.)

To reset a clip to its full file-length boundaries, press the 'g key (multiselection is supported, too).

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2

| | |
|---|---|
| rendering said combined media feed associated with an event at said event venue for output to an output interface when said at least one of said soft key and part of said touch sensitive display is activated. | The accused product discloses rendering said combined media feed (e.g., live feed with video, audio and graphic overlay) associated with an event (e.g., sports event, wedding) at said event venue (e.g., baseball fields, football stadiums, wedding halls etc.) for output to an output interface (e.g., Wi-Fi client network interface) when said at least one of said soft key (e.g., "play" button) and part of said touch sensitive display is activated.

### VIDEO LAYERS AND TRANSITIONS

The *Transition* section of the *Live Desktop* provides powerful tools for arranging and displaying the numerous video and graphic layers contributing to your ultimate program output.



**FIGURE 6**

- Freely *hot-punch* or *transition* between external sources, internal *Media Players* and *M/E effects*.
- Latch selected *Switcher* and *M/E* source rows in color groups to synchronize switching operations.
- Multiple *DSK* (Downstream Key) *Switcher* channels and independent *KEY* channels for each *M/E*, permit endless creative possibilities.
- *DSK* and *KEY* sources are always represented in small full motion 'confidence monitors.'
- Use any of the hundreds of transitions supplied to reveal either *Background* or *DSK/Key* channels with animated wipes, trajectories and dissolves, or select colorful and dynamic *Animation Store* transitions with overlays, sound and *TransWarp™* effects.
- Create an unlimited number of custom transition effects with embedded sounds, dynamic cloth effects, and full color overlays using the integrated *Animation Store Creator* application.
- Create eye-popping animated graphics using your favorite software (e.g., Adobe After Effects®), and convert them to animated *Buffer* effects that you can display without tying up a *Media Player*.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf |

EXHIBIT 2



## 2.4.17 INTEGRATED MEDIA PLAYERS

*Media Players* and title system serve up graphics, titles, video clips and audio files quickly and easily during your live productions.

FIGURE 10

- Add a/v clips, sound or still images to *Media Player* playlists.
- Trim and re-order playlist entries.
- Add colorful transitions between clips.
- Flexible playback controls include variable *Speed* and *Loop* options.
- Each *Media Player* has its own volume and other advanced audio controls in the *Audio Mixer*.
- Convenient 'per clip' audio level and playback *Speed* control.
- *Autoplay* feature starts and stops playback automatically based on *Switcher* activity.
- Control *Media Players* with *macros* triggered by other events.
- Assign titles, graphics, clips or buffers to multiple *DSK* or M/E *Key* channels.
- Edit titles live, even while 'on air'.
- Transition a clip to the *Main Switcher* or an *M/E* with a custom effect, play it, and then restore the target's original source with a single click using the *Show On* feature.
- Store playlists and player configurations in *MEM slots* for easy recall.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2

### 11.1.1 PLAYLISTS

The dominant feature of all *Media Players* is a storyboard-style playlist, used to organize content for use during live productions.



FIGURE 133

This arrangement offers easily visible thumbnail icons for each entry. A scrollbar at right accommodates long playlists when necessary. Icons in the playlist can be re-ordered quickly and easily using the familiar drag and drop workflow. The playlist can even be altered during playback (of course, if the currently playing item is removed, playback stops immediately).

An *Alias* (by default, the item's filename) is displayed below the icon, along with the item's duration.

*Hint: The duration shown is the play time after trimming, and thus may be less than the file length on disk. In such cases, the In and Out markers on the Scrub Bar (spanning the width of the playlist immediately below it) show the effect of trimming operations, while the full width of the Scrub Bar depicts the total length of the file on disk.*

Clicking an item selects it. The play position is automatically set to the *In Point* on selection. Standard *Shift + click* and *Ctrl + click* multi-selection operations are supported, and all selected items are denoted by a white border around their icon.

When a *Media Player* is stopped, its output to video monitors tracks selection and trimming operations. The current item is the *Media Player's* output, and in consequence appears on monitors dedicated to the player, if any. Of course, only one item can be displayed on output at a time; the frame surrounding the thumbnail icon for the currently displayed item is illuminated. Double-clicking a thumbnail (or clicking the *Play* button) begins playback from the *In Point* of the current file.

*Hint: Double-clicking elsewhere in the playlist pane opens the Media Browser (hold down shift when clicking to open a system file explorer instead of the custom Media Browser).*

**Automatic Clip Trimming**

Clips (but, for reasons that will become apparent, not still images or titles) in a playlist are automatically trimmed to accommodate the addition of transitions between clips when necessary.

(Otherwise, i.e., if there are no 'unused' frames to display during a transition, motion will appear 'frozen' during the transition, which is usually undesirable.)

To reset a clip to its full file-length boundaries, press the 'g key (multi-selection is supported, too).

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2



EXHIBIT 2



## Recording Source

Select the sound that accompanies each video recording, with independent audio configuration for each recording channel.

https://www.newtek.com/lps/features/



## Multiviewers

Monitor the multiple video signals from external inputs, internal sources, and outputs simultaneously with viewports built into the user interface display, and optionally extend monitoring to additional dedicated multiviewer displays.

https://www.newtek.com/lps/features/



## Source Switching

Optionally select and switch between live sources by clicking or tapping on the viewport of the desired source in the multiviewer, rather than pressing switcher buttons.

https://www.newtek.com/lps/features/

EXHIBIT 2



NewTek TriCaster Elite 2 Demo (NewTek.TV)

https://www.youtube.com/watch?v=4hFAdkB_CHc

EXHIBIT 2

LOW BANDWIDTH



FIGURE 70

For NDI sources, a *Low Bandwidth* option is shown.  This allows you to force the sending device to a lower quality video stream that may nevertheless be quite useable if the source is not intended to be displayed full screen.  This option may be preferable in network settings with limited capacity (such as WiFi).

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

### 2.4.12 MEDIA EXPORT

*Export* support makes it easy to distribute content to multiple targets in one pass.  This module stores credentials for social media and upload sites, and provides a queue for uploading and file conversion.

Clips and stills from live sessions can easily be added to the *Export* queue without interrupting production, for distribution to multiple hosting services and social media sites (including Twitter®, Facebook®, YouTube®, and more) all with a single click – even when live production recording is still underway.

This is great for concerts, galas, sport events, game shows and more.  The *Export* feature directly addresses FTP sites and network locations too; transfer media to multiple locations at the same time to meet post-production needs or other collaborative and archival requirements.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf

EXHIBIT 2



**AUTO COLOR**

**FIGURE 77**

Lighting conditions can change dramatically during many live events, especially those held outdoors. Adding to this problem, production usually involves multiple cameras and, all too often, these may not have uniform color characteristics. Ensuring consistent color when switching from one angle to another, avoiding unwelcome brightness or color shifts as evening falls or when a cloud obscures the sun briefly can be troublesome, and expensive.

*Auto Color*, a unique feature capable of dynamically adapting the color characteristics of your video sources as lighting conditions vary, can minimize these problems.  For many productions, simply enabling *Auto Color* is all it takes to produce a show that looks amazingly consistent.

Page | 73

**MULTICAM**

By default, each camera with *Auto Color* enabled is processed uniquely – without reference to other sources. Often, though, even greater consistency can be achieved by treating sources in similar illumination environments as a group.  Enable *Multicam* for several cameras causes *Auto Color* to evaluate and adjust these cameras in unison.  You might, for example, enable *Multicam* for court-side cameras in an interior sports venue, while treating exterior or studio feeds individually.

https://assets.website-files.com/5d0a7be36c1bd549a83695f9/5fa175ee7bf613b677064a75_TC2%20Manual%20op.pdf